# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RANDALL GRAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES D. HARTLEY, Warden,<br><br>　　　　Respondent. | No. EDCV 09-823-DOC (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that Defendant's motion to dismiss is granted and this action is dismissed without prejudice.

DATED: April 19, 2010

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE